MINUTE ENTRY
NORTH, M.J.
NOVEMBER 12, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARIADNI GONZALEZ | CIVIL ACTION |
| VERSUS | NUMBER: 19-0515 |
| GREAT NORTHERN INSURANCE COMPANY, ET AL. | SECTION: "B"(5) |

The Court has been advised that a settlement agreement has been reached in the above-captioned matter.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution. The settlement conference scheduled for November 19, 2019 at 10:00 a.m. is cancelled.

```
                                    _____
                                           MICHAEL B. NORTH
                                    UNITED STATES MAGISTRATE JUDGE
```

CLERK TO NOTIFY:
HONORABLE IVAN L.R. LEMELLE

MJSTAR (00:05)